RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 2 6 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RICHARD ALTMAN WHITE                                    (

PLAINTIFF.                                             (

                                                       (   CIVIL ACTION # [                    ]
V.                                                     (        1:23-CV-2852

LAKE UNION GA PARTNERS LLC, CORTLAND PARTNERS   (

STEVEN DEFRANCIS /C.F.O                                (

DEFENDANTS                                             (

1.Now comes, Richard Altman White, Authorized agent for RICHARD ALTMAN WHITE, plaintiff filing on record a complaint of breach of contract /lack of performance.

(a).Richard Altman White authorized agent for RICHARD ALTMAN WHITE, plaintiff is a living man and citizen of the state.

(b).Richard Altman white authorized agent for RICHARD ALTMAN WHITE, plaintiff is invoking unalienable rights created by GOD and secured by the law of the land.

(c).Richard Altman White, authorized agent for RICHARD ALTMAN WHITE, plaintiff is domiciled within the boundaries of a state, defined by the constitution and Supreme court in matter TEXAS vs. WHITE,74 US 700-Supreme Court 1869, as " a political community of free citizens, occupying a territory of defined boundaries, and organized under a government sanctioned and limited by a written constitution, and established by consent of the governed"

(d).Richard Altman White, authorized agent for RICHARD ALTMAN WHITE, plaintiff is refusing to consent to waiving inalienable rights requiring that he shall not be deprived of life, liberty, property,  privileges or immunities, or in any manner disfranchised, except by the due course of the law of the land.


2.THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA has jurisdiction over this matter because of the following:

1. Claim arises under federal law due to federal reserve act violations
2. Violation of United States constitution

As referenced in [cr.28 U.S 1331][cr.28 U.S 1332]


3.On or about June ,01,2023 by deposit of united states postal service certified mail #9589071052700452180104 a package was mailed/addressed to Federal Reserve agent/ Chief Financial Officer of Cortland, Steven Defrancis that included ; (a). Bill of exchange in the amount of twenty four thousand five hundred eighteen dollars and sixty Two cents [$24518.62]

(b).Claim of credit notice with instructions pertaining to performance/lack of performance

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

(c).power of attorney credential

(d). Print out of :FEDERAL RESERVE ACT ,SECTIONS 16  AND SCTION 29 with TIER 1 HIGHLIGHTED FOR NOTICE AND REFRENCE.

4.On or about June,07, 2023 by deposit of united States postal service certified mail # 9598071052700452198892 a package was mailed/addressed to Federal reserve Agent/Chief Financial Officer Steven Defrancis  of Cortland that included ;  (a) bill of exchange in the amount of twenty four thousand five hundred eighteen  dollars and sixty two cents [$24518.62]

(b) opportunity to cure notice pertaining to performance/lack of performance

(c). power of attorney credential

(d) Print out of : FEDERAL RESERVE ACT,SECTIONS 16 AND SECTION 29 with TIER 2 HIGHLIGHTED FOR NOTICE AND REFRENCE.

On or about June 13,2023 by deposit of United States Postal service certified mail # 70223330000150820053 a package was mailed/addressed to Federal Reserve agent /Chief financial Steven DeFrancis of Cortland that included; (a) a bill of exchange in the amount of twenty four thousand five hundred eighteen dollars and sixty two cents [$24518.62]

(b)default notice pertaining to performance and lack of performance.

(c) Power of attorney credential

(d) Print out of; FEDERAL RESERVE ACT, SECTION 16 AND SECTION 29  with TIER 3 HIGHLIGHTED FOR NOTICE AND REFRENCE.

[SEE ATTACHED FOR PROOF OF MAILING AND RECEIVING] [DOCUMENT PAGES  E-1 through E-18]

5. BREACH OF CONTRACT: section #6 of "apartment lease contract" states payment must be made on or before the 3rd day of each month by MONEY ORDER, check or…..in which a Money Order was tendered on aforementioned date on or about June 01,2023 ,addressed to Federal reserve agent/chief financial officer Steven defrancis without crediting account #30011119,showing a lack of performance ,causing damages to my person on numerous occasion, without response in any form or fashion.

6. FEDERAL RESRERVE AGENT/CHIEF FINANCIAL OFFICER, on occasion and on aforementioned dates and certified mailing numbers failed to perform on bills of exchange tendered, by deposit of United States postal service.

7.(a)As per {cr. Cestui que Vie Act 1666,SECTION IV} "if the the supposed dead Man Prove to be ALIVE, then the TITLE is REVESTED. Action for mean Profits with Interest."…. I Richard -Altman ;White , authorized agent for RICHARD ALTMAN WHITE (PRINCIPAL) AM A LIVING MAN OF FLESH AND BLOOD UNDER GOD.

8.as per {UNITED STATES CONSTITUTION}

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

(a) "WE the People of the United States, in order to form a more perfect union ,Establish justice, Insure domestic tranquility. Provide for common defense, promote the general Welfare, and SECURE the BLESSINGS of LIBERTY to OURSELVES and our POSTERITY, do ordain and establish this constitution for the united states of America."

(b)ARTICLE IV "FULL FAITH and CREDIT CLAUSE...."

(c)'CITIZENS OF EACH STATE SHALL BE ENTITLED TO ALL PRIVILEGES AND IMMUNITIES....'

(d)"PROTECT THE REPUBLIC..."

(e)"ALL DEBTS CONTRACTED AND ENGAGEMENTS ENTERED INTO,BEFORE THE ADOPTION OF THIS CONSTITUTION ,SHALL BE AS VALID AGAINST THE UNITED STATES UNDER THIS CONSTITUTION,AS UNDER THE CONFEDERATION..."'

(f) ALL BILLS OF CREDIT, EMITTEDNMONIES BORROWED,AND DEBTS CONTRACTED BY,OR UNDER AUTHORITY OF CONGRESS,BEFORE THE ASSEMBLING OF THE UNITED STATES,IN PURSUANCE OF THE PRESENT CONFEDERATION,SHALL BE DEEMED AND CONSIDERED AS A CHARGE AGAINST THE UNITED STATES,FOR PAYMENT AND SATISFACTION WHEREOF THE SAID UNITED STATES,AND THE PUBLIC FAITH ARE HEREBY SOLEMNLY PLEDGED..."

(g) as per [cr. 18 U.S.C 8] obligations of the United States [FEDERAL RESERVE NOTES,BILLS...]

(h)as per [cr.12 U.S.C 1431 (a)] POWERS AND DUTIES OF BANKS

(i) as per v[15 U.S.C 1605(a)] DETERMINATION OF FINANCE CHARGE

9.BILLS OF EXCHANGE ACT  (WHAT BILLS ARE NEGOTIABLE SECTIONS 1-5)

10.FEDERAL RESERVE ACT-

(a) section 16 [NOTE ISSUES] defining C.F.O as Federal Reserve Agent

(b) section 29 [CIVIL MONEY PENALTY] Tiers 1-3

9. RELIEF SOUGHT-I AM SEEKING REIMBURSTMENT FOR ALL RIGHTS,TITLES,EQUITY AND INTERESTS OWED TO ALL RICHARD ALTMAN WHITE (PRINCIPAL) IN REGARD TO ACCOUNT #30011119, ALSO AN  EQUITABLE AMOUNT DETERMINED BY THE COURTS FOR DAMAGES CAUSED BY LACK OF PERFORMANCE,COURT APPEARANCES,STRESS,EXTORTION,AND TRESSPASS OF PROPERTY FROM THE DEPRIVATION OF MY RIGHTS AND PRIVILEGES,PROTECTED BY THE CONSTITUTION.

CONCLUSION

AS THIS CONTROVERSY HAS BEEN TIMELY, SIMPLY BECAUSE A LACK OF PERFORMANCE, BY CHIEF FINANCIAL OFFICER/ACTING FEDERAL RESERVE AGENT STEVEN DEFRANCIS ,DEPRIVING MY PERSON OF CONTRACTUAL RIGHT, CONSTITUTIONALITY,RIGHTS,TITLES AND INTERESTS OVER TIME,DENOTING ALL ATTEMPTS FOR REMEDY WHILE PRACTICING DECEPTIVE COLLECTIONS PRACTICES,INCLUDING WRITS OF POSSESSION AND ACQUIESCE OF ALL PRESENTMENTS OF AFOREMENTIONED DOCUMENTATION,I AM ASKING THIS COURT TO GRANT RELIEF AND CONSIDERATION OF ALL REQUESTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PRAYER

WHEREFORE, Plaintiff respectfully request that this court:

!. declare the defendants has breached the contract betwixt the parties;

2.Award plaintiff damages in an amount not less than $50,000.00;

3.award plaintiff interest on the damages awarded at the legal rate;

4 award plaintiff its cost incurred in this action;

5. award plaintiff pre-judgement and post-judgement interests at the legal rate;

6. award plaintiff such other and further relief as the courts deem just and proper"

ON this June 26,2023

LIVING MAN OF FLESH AND BLOOD,

White, Richard-alm, Authorized Agent For ; RICHARD ALTMAN WHITE

ALL RIGHTS RESERVED,NUNC PRO TUNC TO FOR-EVER MOOR
WITHOUT RECOURSE

C/O White;richard altman
P.o  box 204
Alpharetta ,Georgia
[30009]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RICHARD ALTMAN WHITE
5009 LAKE UNION HILL WAY
ALPHARETTA,GA 30004

STEVEN DEFRANCIS
3424 PEACHTREE RD ,NE
SUITE 300
ATLANTA,GEORGIA
30326
LAKE UNION GA PARTNERS LLC, CORTLAND PARTNERS
P.O. BOX 451027
ATLANTA,GA 31145

**CONSERVICE®**
The Utility Experts®

*ACCEPTED*

| | |
|---|---|
| Account #: | 30011119 |
| Account Name: | Richard White |
| Due Date: | 06/01/2023 |
| Statement Date: | 05/18/2023 |
| Total Charges: | $24518.62 |
| Service Address: | 905 Lake Union Hill Way # 5089 Alpharetta, GA 30004 |
| Web Pin: | 32898712 |

## Utility Statement for Cortland Windward

### METER READS & USAGE

| UTILITY | DATES | START READ/END READ | CONSUMPTION |
|---|---|---|---|
| Water | 4/1/2023 - 5/1/2023 | 86660.00 - 87820.00 | 1160.00 Gal |

### CURRENT UTILITY CHARGES

| SERVICE TYPE | SERVICE PERIOD | CHARGES |
|---|---|---|
| Pest Control | 04/01/2023 – 05/01/2023 | $5.00 |
| Sewer | 04/01/2023 – 05/01/2023 | $27.13 |
| Trash | 04/01/2023 – 05/01/2023 | $12.00 |
| Water | 04/01/2023 – 05/01/2023 | $15.54 |
| Service Fee | Conservice is a service provider contracted to prepare monthly statements and provide conservation resources. | $6.00 |
| **Current Charges due 06/01/2023** | | **$65.67** |
| **Total Current Charges** | | **$65.67** |
| Prior Balance as of 05/17/2023 | | $24,452.95 |
| **Grand Total Due 06/01/2023** | | **$24,518.62** |



**Water (Gal)**

*Unplug items such as cell phone chargers, curling irons, and hair dryers when not in use.*

Conservice offers E-Statements! Log onto our website or call 1-866-947-7379 for more info!



*Rw*
6/1/2023

Please see reverse for charge explanations and messages

---

*ACCEPTED FOR DEPOSIT*
*PAY ON DEMAND*



**CONSERVICE®**
The Utility Experts®

PO BOX 4717 LOGAN, UT 84323-4717
α748
*Account # 30011119*

*TOTAL AMOUNT DUE*

*DUE DATE*
*June, 01, 2023*   *$24518.62*

Account #.......................... 30011119 Cortland Windward
Amount Due........................ $24518.62
Due Date........................... 06/01/2023

*Balances are uploaded from your property management. Balances are current as of the date indicated in the prior balance section. If you have made payments since this date, please check with the leasing office for your updated balance.

Pay amount due to the leasing office by date specified. You might have a balance or additional charges through your community's leasing office that are not listed on this bill. For final amounts due, please check with the office.

*PAYABLE TO BEARER: TWENTY FOUR Thousand FIVE Hundred EIGHTEEN AND Sixty Two cents 62/100*

0020807          01 AB 0.507 **AUTO  T8 0 0297 30004-387705   -C01-P20827-I

*Amount Enclosed   $24518.62*

Your payment should be made out to:

**RICHARD WHITE**
905 LAKE UNION HILL WAY # 5009
ALPHARETTA, GA 30004-3877

**Cortland Windward**
905 Lake Union Hill Way
Alpharetta GA 30004

*PAGE E-1*



DEFAULT

6/1/2023

# <u>CLAIM OF CREDIT</u>

I White, Richard-Altman / Agent for RICHARD ALTMAN WHITE (PRINCIPAL), Hereby ACCEPT ALL Titles, Rights, interests, AND EQUITY Owed to All RICHARD ALTMAN WHITE.

I Hereby Instruct the Assigned CFO-STEVEN Defrancis to Apply the principals balance to the Principals Account # 30011119 for each and every Billing Cycle for set off, And to communicate in writing within 5 business days from Reciept.

If NO communication is made within 5 buisiness day I White, Richard-Altman /Agent for RICHARD ALTMAN WHITE (PRINCIPAL) can Assume that instruction have been completed.

Living soul under God

*Altman, Richard-Altman,* AGENT FOR RICHARD
ALTMAN
WHITE

Without Recourse



PAGE E-2

6/8/2023

## OPPORTUNITY TO CURE

I White; Richard -Altman, authorized agent for RICHARD ALTMAN WHITE (PRINCIPAL), hereby ACCEPT ALL TITLES, RIGHTS, INTERESTS and EQUITY OWED to ALL RICHARD ALTMAN WHITE.

I hereby instruct the  assigned C.F.O. _Steven Defrancis_ to apply principals account # _3001119_ for EACH and EVERY BILLING CYCLE for SET OFF, and to COMMUNICATE in writing within FIVE (5 ) business day of receipt of this letter.

If NO COMMUNICATION is made within FIVE (5) business days ,I White: Richard-Altman, Authorized Agent for RICHARD ALTMAN WHITE (PRINCIPAL) can assume that instructions have been COMPLETED.

White. Richard C___ , Authorized Agent for "RICHARD ALTMAN WHITE (Principal )

**LIVING SOUL UNDER GOD,**

**WITHOUT RECOURSE**

MAILING ADDRESS:

C/O P.O. BOX 204

ALPHARETTA,GEORGIA

[30009]

Instrument # 9589 0710527004521999 39
Instrument # 9590 9402 8175303034 74 87

PAGE E-3

6/14/2023

## DEFAULT

I White; Richard -Altman, authorized agent for RICHARD ALTMAN WHITE (PRINCIPAL), hereby ACCEPT ALL TITLES, RIGHTS, INTERESTS and EQUITY OWED to ALL RICHARD ALTMAN WHITE.

I hereby instruct the  assigned C.F.O STEVEN Defrancis  to apply principals account # 30011119  for EACH and EVERY BILLING CYCLE for SET OFF, and to COMMUNICATE in writing within FIVE (5 ) business day of receipt of this letter.

If NO COMMUNICATION is made within FIVE (5) business days ,I White: Richard-Altman, Authorized Agent for RICHARD ALTMAN WHITE (PRINCIPAL) can assume that instructions have been COMPLETED.

4ᶜ

LIVING SOUL UNDER GOD,

White: Richard - Altman, Authorized Agent for RICHARD ALTMAN WHITE (Principal)

WITHOUT RECOURSE

MAILING ADDRESS:

C/O P.O. BOX 204

ALPHARETTA,GEORGIA

[30009]

Instrument # 7022 3330 0001 5082 0053
Instroment # 9590 9402 8175 3036 3520 85

PAGE E-4

# SPECIAL POWER OF ATTORNEY BY INDIVIDUAL FOR THE COLLECTION OF CHECKS DRAWN ON THE UNITED STATES TREASURY



**BUREAU OF THE**
## Fiscal Service
U.S. DEPARTMENT OF THE TREASURY

---

Know all by these Presents:

That the undersigned, RICHARD ALTMAN WHITE , of 11770 Haynesbridge Rd, Alpharetta, GA 30009

SE-205-404

*(Address)*

does hereby appoint Richard Altman White, Agent, of ℅ P.O BOX 204, Alpharetta, Georgia [30009]

*(Address)*

as his/her attorney to receive, endorse, and collect checks payable to the order of the undersigned, drawn on the United States Treasury and issued for REDEMPTION of currencies, principal or interest on US securities, Tax Refunds, and goods and (Purpose for which checks are issued) services

and to give full discharge for the same, hereby ratifying and confirming all that said attorney shall lawfully do by virtue hereof. This power of attorney is not given to carry into effect an assignment to the attorney, or to any other person, of the right of the undersigned to receive the above-described payments.

### DURABILITY OF THIS POWER OF ATTORNEY

Initial the appropriate line. If the grantor fails to initial in front of any option, (A) shall be presumed.

_____ A. This Power of Attorney shall automatically be revoked upon a determination that I, the grantor, am incompetent.

_____ B. This Power of Attorney shall remain effective to the extent authorized by 31 CFR Part 240 following a determination that I, the grantor, am incompetent.

_RW_ C. This Power of Attorney shall become effective upon a determination that I, the grantor, am incompetent and shall remain effective to the extent authorized by 31 CFR Part 240.

WITNESS the signature of the undersigned, this __17__ day of __April__ , 20_23_

_Richard Altman White, Private citizen_
*(Signature of Grantor)*

*Personally appeared before me the above-named __RICHARD WHITE__

known or proved to me to be the same person who executed the foregoing instrument, and acknowledged to me that he executed the same as his free act and deed.

WITNESS my signature, official designation, and seal

_(signature)_
*(Signature of attesting officer)*

[ IMPRESS SEAL HERE ]

_ADAM MCLAUGHLIN_
_NOTARY_
_EXPIRES_
_GEORGIA_
_July 13, 2026_
_PUBLIC_
_FULTON COUNTY_

_NOTARY PUBLIC_
*(Official designation)*

Dated at __ROSWELL, GA__ this __17__ day of __APRIL__ , 20 _23_

My commission expires __07__ / __13__ , 20 _26_

Witness — Bradle Proctor _Bradley Proctor_

**IMPORTANT - Do not execute this instrument without first reading the instructions on the next page. Exact compliance with these instructions will avoid complications.**

*See Instructions on next page, Paragraphs 3(a) and 3(b)

FS Form 233
( SUPERCEDES SF 233 ( JAN 1976 )

Department of the Treasury | Bureau of the Fiscal Service
Page 1 of 2

November 2021

PAGE E-5

Deed Book 66841 Pg 322
Filed and Recorded May-30-2023 10:31
2023-0153413
CATHELENE ROBINSON
Clerk of Superior Court
Fulton County, Georgia



9589 0710 5270 0452 1998 92

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Atlanta, GA 30326
OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $4.15 | 0509 |
| $ | | 23 |
| Extra Services & Fees (check box, add fee as appropriate) | $3.35 | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | Postmark Here |
| ☐ Return Receipt (electronic) | $ $0.00 | |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.87 | 06/07/2023 |
| $ | | |
| Total Postage and Fees | $8.37 | |
| $ | | |

Postmark: JUN 07 2023 USPS 30009-9998

Sent To: STEVEN Defrancis
Street and Apt. No., or PO Box No.: 3424 Peachtree Rd NE (Suite 300)
City, State, ZIP+4®: Atlanta, Georgia 30326

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 0452 1801 04

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Atlanta, GA 30326
OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $4.15 | 0054 |
| $ | | 13 |
| Extra Services & Fees (check box, add fee as appropriate) | $3.35 | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | Postmark Here |
| ☐ Return Receipt (electronic) | $ $0.00 | |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $9.65 | 05/30/2023 |
| $ | | |
| Total Postage and Fees | $17.15 | |
| $ | | |

Postmark: PEACHTREE CENTER STATION MAY 30 2023 ATLANTA GA 30343

Sent To: Steven Defrancis
Street and Apt. No., or PO Box No.: 3424 Peachtree Rd NE
City, State, ZIP+4®: Atlanta, GA 30326

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

7022 3330 0001 5082 0053

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Atlanta, GA 30326
OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $4.15 | 0509 |
| $ | | 69 |
| Extra Services & Fees (check box, add fee as appropriate) | $3.35 | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | Postmark Here |
| ☐ Return Receipt (electronic) | $ $0.00 | |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $1.11 | 06/13/2023 |
| $ | | |
| Total Postage and Fees | $8.61 | |
| $ | | |

Postmark: ATLANTA GA 3000 2023 USPS

Sent To: Steven Defrancis
Street and Apt. No., or PO Box No.: 3424 Peachtree Rd, NE Ste 300
City, State, ZIP+4®: Atlanta, Georgia

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

LAKE UNION GA PARTNERS LLC,
Cortland Partners
P.O BOX 451027
Atlanta, GA
31145

9590 9402 8175 3030 3474 49

2. Article Number *(Transfer from service label)*

9589 0710 5270 0452 1800 43

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*: Schwanna Gray
C. Date of Delivery: 6-1-23

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

PAGE E-6

**10:41**

◀ Messages



# USPS Tracking®

FAQs ›

Tracking Number:

Remove ✕

## 70223330000150820053

📋 Copy   🏃 Add to Informed Delivery

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 2:40 pm on June 15, 2023 in ATLANTA, GA 30326.

**Get More Out of USPS Tracking:**

📷 USPS Tracking Plus®

✅ **Delivered**
**Delivered, Front Desk/Reception/Mail Room**

ATLANTA, GA 30326
June 15, 2023, 2:40 pm

**See All Tracking History**

🔒 tools.usps.com   ↻

PAGE E-7

10:40

◀ Messages



# USPS Tracking®

FAQs >

**Tracking Number:**                    Remove ✕

## 95890710527004 52199892

📋 Copy      🏃 Add to Informed Delivery

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:33 pm on June 9, 2023 in ATLANTA, GA 30326.

**Get More Out of USPS Tracking:**

📷 USPS Tracking Plus®

## ✅ Delivered
**Delivered, Front Desk/Reception/Mail Room**

ATLANTA, GA 30326
June 9, 2023, 1:33 pm

**See All Tracking History**

AA       🔒 tools.usps.com       ↻

PAGE E-8

**10:38**

◀ Messages



# USPS Tracking®

FAQs >

---

Tracking Number:                    Remove ✕

## 95890710527004 52180104

⎙ Copy     🏃 Add to Informed Delivery

---

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 2:05 pm on May 31, 2023 in ATLANTA, GA 30326.

---

**Get More Out of USPS Tracking:**

📷 USPS Tracking Plus®

---

✅ **Delivered**
**Delivered, Front Desk/Reception/Mail Room**

ATLANTA, GA 30326
May 31, 2023, 2:05 pm

**See All Tracking History**

---

AA          🔒 tools.usps.com          ↻

‹   ›        ⎙          ▢▢          ▤

PAGE E-9

# Federal Reserve Act

## Section 16. Note Issues

### 1. Issuance of Federal Reserve notes; nature of obligation; where redeemable

Federal reserve notes, to be issued at the discretion of the Board of Governors of the Federal Reserve System for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are hereby authorized. The said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues. They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal Reserve bank.

[12 USC 411. As amended by act of Jan. 30, 1934 (48 Stat. 337). For redemption of Federal reserve notes whose bank of issue cannot be identified, see act of June 13, 1933.]

### 2. Application for notes by Federal Reserve banks

Any Federal Reserve bank may make application to the local Federal Reserve agent for such amount of the Federal Reserve notes hereinbefore provided for as it may require. Such application shall be accompanied with a tender to the local Federal Reserve agent of collateral in amount equal to the sum of the Federal Reserve notes thus applied for and issued pursuant to such application. The collateral security thus offered shall be notes, drafts, bills of exchange, or acceptances acquired under section 10A, 10B, 13, or 13A of this Act, or bills of exchange endorsed by a member bank of any Federal Reserve district and purchased under the provisions of section 14 of this Act, or bankers' acceptances purchased under the provisions of said section 14, or gold certificates, or Special Drawing Right certificates, or any obligations which are direct obligations of, or are fully guaranteed as to principal and interest by, the United States or any agency thereof, or assets that Federal Reserve banks may purchase or hold under section 14 of this Act or any other asset of a Federal reserve bank. In no event shall such collateral security be less than the amount of Federal Reserve notes applied for. The Federal Reserve agent shall each day notify the Board of Governors of the Federal Reserve System of all issues and withdrawals of Federal Reserve notes to and by the Federal Reserve bank to which he is accredited. The said Board of Governors of the Federal Reserve System may at any time call upon a Federal Reserve bank for additional security to protect the Federal Reserve notes issued to it. Collateral shall not be required for Federal Reserve notes which are held in the vaults of, or are otherwise held by or on behalf of, Federal Reserve banks.

[12 USC 412. As amended by the acts of Sept. 7, 1916 (39 Stat. 754); June 21, 1917 (40 Stat. 236); Feb. 27, 1932 (47 Stat. 57); Feb. 3, 1933 (47 Stat. 794); Jan. 30, 1934 (48 Stat. 338); March 6, 1934 (48 Stat. 991); June 30, 1941 (55 Stat. 395); May 25, 1943 (57 Stat. 85); June 12, 1945 (59 Stat. 237); June 19, 1968 (82 Stat. 189); Nov. 10, 1978 (92 Stat. 3672); March 31, 1980 (94 Stat. 140); Dec. 6, 1999 (113 Stat. 1638); and Oct. 28, 2003 (117 Stat. 1193).]

### 3. Distinctive letter on notes; destruction of unfit notes

PAGE E-10

Federal Reserve notes shall bear upon their faces a distinctive letter and serial number which shall be assigned by the Board of Governors of the Federal Reserve System to each Federal Reserve bank. Federal Reserve notes unfit for circulation shall be canceled, destroyed, and accounted for under procedures prescribed and at locations designated by the Secretary of the Treasury. Upon destruction of such notes, credit with respect thereto shall be apportioned among the twelve Federal Reserve banks as determined by the Board of Governors of the Federal Reserve System.

[12 USC 413. As amended by acts of June 21, 1917 (40 Stat. 236); Jan. 30, 1934 (48 Stat. 338); June 12, 1945 (59 Stat. 237); July 19, 1954 (68 Stat. 495); March 3, 1965 (79 Stat. 5); May 20, 1966 (80 Stat. 161); and March 18, 1968 (82 Stat. 50).]

## 4. Granting right to issue notes

The Board of Governors of the Federal Reserve System shall have the right, acting through the Federal Reserve agent, to grant in whole or in part, or to reject entirely the application of any Federal Reserve bank for Federal Reserve notes; but to the extent that such application may be granted the Board of Governors of the Federal Reserve System shall, through its local Federal Reserve agent, supply Federal Reserve notes to the banks so applying, and such bank shall be charged with the amount of the notes issued to it and shall pay such rate of interest as may be established by the Board of Governors of the Federal Reserve System on only that amount of such notes which equals the total amount of its outstanding Federal Reserve notes less the amount of gold certificates held by the Federal Reserve agent as collateral security. Federal Reserve notes issued to any such bank shall, upon delivery, together with such notes of such Federal Reserve bank as may be issued under section 18 of this Act upon security of United States 2 per centum Government bonds, become a first and paramount lien on all the assets of such bank.

[12 USC 414. As amended by acts of June 21, 1917 (40 Stat. 237); Jan. 30, 1934 (48 Stat. 338); June 12, 1945 (59 Stat. 237); and March 18, 1968 (82 Stat. 50).]

## 5. Deposit to reduce liability for outstanding notes

Any Federal Reserve bank may at any time reduce its liability for outstanding Federal Reserve notes by depositing with the Federal Reserve agent its Federal Reserve notes, gold certificates, Special Drawing Right certificates, or lawful money of the United States. Federal Reserve notes so deposited shall not be reissued, except upon compliance with the conditions of an original issue. The liability of a Federal Reserve bank with respect to its outstanding Federal Reserve notes shall be reduced by any amount paid by such bank to the Secretary of the Treasury under section 4 of the Old Series Currency Adjustment Act.

[12 USC 415. As reenacted by act of June 21, 1917 (40 Stat. 237); and as amended by acts of Jan. 30, 1934 (48 Stat. 339); June 30, 1961 (75 Stat. 147); March 18, 1968 (82 Stat. 50); and June 19, 1968 (82 Stat. 189). The act of June 30, 1961, is the Old Series Currency Adjustment Act.]

## 6. Substitution of collateral; retirement of Federal Reserve notes

Any Federal reserve bank may at its discretion withdraw collateral deposited with the local Federal reserve agent for the protection of its Federal reserve notes issued to it and shall at the same time substitute therefor other collateral of equal amount with the approval of the Federal reserve agent under regulations to be prescribed by the Board of Governors of the

PAGE E-11

Federal Reserve System. Any Federal reserve bank may retire any of its Federal reserve notes by depositing them with the Federal reserve agent or with the Treasurer of the United States, and such Federal reserve bank shall thereupon be entitled to receive back the collateral deposited with the Federal reserve agent for the security of such notes. Any Federal Reserve bank shall further be entitled to receive back the collateral deposited with the Federal Reserve agent for the security of any notes with respect to which such bank has made payment to the Secretary of the Treasury under section 4 of the Old Series Currency Adjustment Act. Federal reserve notes so deposited shall not be reissued except upon compliance with the conditions of an original issue.

[12 USC 416. As amended by acts of June 21, 1917 (40 Stat. 237); June 30, 1961 (75 Stat. 147); and March 18, 1968 (82 Stat. 50). The act of June 30, 1961 is the Old Series Currency Adjustment Act.]

## 7. Custody of reserve notes, gold certificates, and lawful money

All Federal Reserve notes and all gold certificates, Special Drawing Right certificates, and lawful money issued to or deposited with any Federal Reserve agent under the provisions of the Federal Reserve Act shall hereafter be held for such agent, under such rules and regulations as the Board of Governors of the Federal Reserve System may prescribe, in the joint custody of himself and the Federal Reserve bank to which he is accredited. Such agent and such Federal Reserve bank shall be jointly liable for the safekeeping of such Federal Reserve notes, gold certificates, Special Drawing Right certificates, and lawful money. Nothing herein contained, however, shall be construed to prohibit a Federal Reserve agent from depositing gold certificates and Special Drawing Right certificates with the Board of Governors of the Federal Reserve System, to be held by such Board subject to his order, or with the Treasurer of the United States for the purposes authorized by law.

[12 USC 417. As added by act of June 21, 1917 (40 Stat. 238); and amended by acts of Jan. 30, 1934 (48 Stat. 339) and June 19, 1968 (82 Stat. 189).]

## 8. Engraving of plates; denominations and form of notes

In order to furnish suitable notes for circulation as Federal reserve notes, the Secretary of the Treasury shall cause plates and dies to be engraved in the best manner to guard against counterfeits and fraudulent alterations, and shall have printed therefrom and numbered such quantities of such notes of the denominations of $1, $2, $5, $10, $20, $50, $100, $500, $1,000 $5,000, $10,000 as may be required to supply the Federal reserve banks. Such notes shall be in form and tenor as directed by the Secretary of the Treasury under the provisions of this Act and shall bear the distinctive numbers of the several Federal reserve banks through which they are issued.

[12 USC 418. As amended by acts of Sept. 26, 1918 (40 Stat. 970); June 4, 1963 (77 Stat. 54); and Sept. 23, 1994 (108 Stat. 2293).]

## 9. Custody of unissued notes

When such notes have been prepared, the notes shall be delivered to the Board of Governors of the Federal Reserve System subject to the order of the Secretary of the Treasury for the delivery of such notes in accordance with this Act.

[12 USC 419. As amended by acts of May 29, 1920 (41 Stat. 654) and Sept. 23, 1994 (108 Stat. 2293).]

PAGE E-12

## 10. Custody of plates and dies; expenses of issue and retirement of notes

The plates and dies to be procured by the Secretary of the Treasury for the printing of such circulating notes shall remain under his control and direction, and the expenses necessarily incurred in executing the laws relating to the procuring of such notes, and all other expenses incidental to their issue and retirement, shall be paid by the Federal reserve banks, and the Board of Governors of the Federal Reserve System shall include in its estimate of expenses levied against the Federal reserve banks a sufficient amount to cover the expenses herein provided for.

[12 USC 420. Part of original Federal Reserve Act; not amended.]

## 11. Examinations of plates, dies, etc.

The Secretary of the Treasury may examine the plates, dies, bed pieces, and other material used in the printing of Federal Reserve notes and issue regulations relating to such examinations.

[12 USC 421. As amended by act of Sept. 23, 1994 (108 Stat. 2293).]

## 12. Appropriation for engraving, etc.

Any appropriation heretofore made out of the general funds of the Treasury for engraving plates and dies, the purchase of distinctive paper, or to cover any other expense in connection with the printing of national-bank notes or notes provided for by the Act of May thirtieth, nineteen hundred and eight, and any distinctive paper that may be on hand at the time of the passage of this Act may be used in the discretion of the Secretary for the purposes of this Act, and should the appropriations heretofore made be insufficient to meet the requirements of this Act in addition to circulating notes provided for by existing law, the Secretary is hereby authorized to use so much of any funds in the Treasury not otherwise appropriated for the purpose of furnishing the notes aforesaid: *Provided, however,* That nothing in this section contained shall be construed as exempting national banks or Federal reserve banks from their liability to reimburse the United States for any expenses incurred in printing and issuing circulating notes.

[Omitted from U.S. Code. Part of original Federal Reserve Act. This paragraph was in effect amended by subsection (a) of section 1 of the Permanent Appropriation Repeal Act of 1934, approved June 26, 1934 (48 Stat. 1224; 31 USC, 725), which provides: "That effective July 1, 1935, such portions of any acts as provide permanent or continuing appropriations from the general fund of the Treasury to be disbursed under the appropriation accounts appearing on the books of the Government, and listed in subsection (b) of this section, are hereby repealed, and any unobligated balances under such accounts as of June 30, 1935, shall be covered into the surplus fund of the Treasury." Among the appropriation accounts listed in subsection (b) is that for the preparation and issue of Federal Reserve notes.]

## 13. Checks and drafts to be received on deposit at par

Every Federal reserve bank shall receive on deposit at par from depository institutions or from Federal reserve banks checks and other items, including negotiable orders of withdrawal and share drafts and drafts drawn upon any of its depositors, and when remitted by a Federal reserve bank, checks and other items, including negotiable orders of withdrawal and share drafts and drafts drawn by any depositor in any other Federal reserve bank or depository institution upon funds to the credit of said depositor in said reserve bank or depository institution. Nothing herein contained shall be

PAGE E-13

construed as prohibiting a depository institution from charging its actual expense incurred in collecting and remitting funds, or for exchange sold to its patrons. The Board of Governors of the Federal Reserve System shall, by rule, fix the charges to be collected by the depository institutions from its patrons whose checks and other items, including negotiable orders of withdrawal and share drafts are cleared through the Federal reserve bank and the charge which may be imposed for the service of clearing or collection rendered by the Federal reserve bank.

[12 USC 360. As amended by act of March 31, 1980 (94 Stat. 140).]

## 14. Transfer of funds among Federal Reserve banks

The Board of Governors of the Federal Reserve System shall make and promulgate from time to time regulations governing the transfer of funds and charges therefor among Federal reserve banks and their branches, and may at its discretion exercise the functions of a clearing house for such Federal reserve banks, or may designate a Federal reserve bank to exercise such functions, and may also require each such bank to exercise the functions of a clearing house for depository institutions.

[12 USC 248-1. As amended by acts of Aug. 23, 1935 (49 Stat. 704) and March 31, 1980 (94 Stat. 140). Reclassified (previously 12 USC 248(o).]

## 15. Settlement fund

The Secretary of the Treasury is hereby authorized and directed to receive deposits of gold or of gold certificates or of Special Drawing Right certificates with the Treasurer or any Assistant Treasurer of the United States when tendered by any Federal Reserve bank or Federal Reserve agent for credit to its or his account with the Board of Governors of the Federal Reserve System. The Secretary shall prescribe by regulation the form of receipt to be issued by the Treasurer or Assistant Treasurer to the Federal Reserve bank or Federal Reserve agent making the deposit, and a duplicate of such receipt shall be delivered to the Board of Governors of the Federal Reserve System by the Treasurer at Washington upon proper advices from any Assistant Treasurer that such deposit has been made. Deposits so made shall be held subject to the orders of the Board of Governors of the Federal Reserve System and deposits of gold or gold certificates shall be payable in gold certificates, and deposits of Special Drawing Right certificates shall be payable in Special Drawing Right certificates, on the order of the Board of Governors of the Federal Reserve System to any Federal Reserve bank or Federal Reserve agent at the Treasury or at the subtreasury of the United States nearest the place of business of such Federal Reserve bank or such Federal Reserve agent. The order used by the Board of Governors of the Federal Reserve System in making such payments shall be signed by the chairman or vice chairman, or such other officers or members as the Board may by regulation prescribe. The form of such order shall be approved by the Secretary of the Treasury.

[12 USC 467. As added by act of June 21, 1917 (40 Stat. 238); and amended by acts of Jan. 30, 1934 (48 Stat. 339) and June 19, 1968 (82 Stat. 189). Prior to enactment of the Banking Act of 1935, approved Aug. 23, 1935, the chairman and vice chairman of the Board of Governors of the Federal Reserve System were known as the governor and vice governor of the Federal Reserve Board, respectively. See note to section 1.]

## 16. Expenses

The expenses necessarily incurred in carrying out these provisions, including the cost of the certificates or receipts issued

PAGE E-14

for deposits received, and all expenses incident to the handling of such deposits shall be paid by the Board of Governors of the Federal Reserve System and included in its assessments against the several Federal reserve banks.

[12 USC 467. As added by act of June 21, 1917 (40 Stat. 238).]

## 17. Preservation of provisions of Act of March 14, 1900

Nothing in this section shall be construed as amending section six of the Act of March fourteenth, nineteen hundred, as amended by the Acts of March fourth, nineteen hundred and seven, March second, nineteen hundred and eleven, and June twelfth, nineteen hundred and sixteen, nor shall the provisions of this section be construed to apply to the deposits made or to the receipts or certificates issued under those Acts.

[12 USC 467. As added by act of June 21, 1917 (40 Stat. 239).]

Last Update: March 13, 2017

PAGE E-15

# Federal Reserve Act

## Section 29. Civil Money Penalty

**(a) First Tier.** Any member bank which, and any institution-affiliated party (within the meaning of section 3(u) of the Federal Deposit Insurance Act) with respect to such member bank who, violates any provision of section 22, 23A, or 23B, or any regulation issued pursuant thereto, shall forfeit and pay a civil penalty of not more than $5,000 for each day during which such violation continues.

[12 USC 504(a). As added by act of Nov. 10, 1978 (92 Stat. 3641) and amended by acts of Oct. 15, 1982 (96 Stat. 1523) and Aug. 9, 1989 (103 Stat. 470).]

**(b) Second Tier.** Notwithstanding subsection (a), any member bank which, and any institution-affiliated party (within the meaning of section 3(u) of the Federal Deposit Insurance Act) with respect to such member bank who

1.   A. commits any violation described in subsection (a);
     B. recklessly engages in an unsafe or unsound practice in conducting the affairs of such member bank; or
     C. breaches any fiduciary duty;

2. which violation, practice, or breach--

     A. is part of a pattern of misconduct;
     B. causes or is likely to cause more than a minimal loss to such member bank; or
     C. results in pecuniary gain or other benefit to such party,

shall forfeit and pay a civil penalty of not more than $25,000 for each day during which such violation, practice, or breach continues.

[12 USC 504(b). As added by act of Nov. 10, 1978 (92 Stat. 3641) and amended by act of Aug. 9, 1989 (103 Stat. 470).]

**(c) Third Tier.** Notwithstanding subsections (a) and (b), any member bank which, and any institution-affiliated party (within the meaning of section 3(u) of the Federal Deposit Insurance Act) with respect to such member bank who--

1. knowingly--

     A. commits any violation described in subsection (a);
     B. engages in any unsafe or unsound practice in conducting the affairs of such credit union; or
     C. breaches any fiduciary duty; and

2. knowingly or recklessly causes a substantial loss to such credit union or a substantial pecuniary gain or other benefit to such party by reason of such violation, practice, or breach,

shall forfeit and pay a civil penalty in an amount not to exceed the applicable maximum amount determined under subsection (d) for each day during which such violation, practice, or breach continues.

PAGE E-16

[12 USC 504(c). As added by act of Nov. 10, 1978 (72 Stat. 3641) and amended by act of Aug. 9, 1989 (103 Stat. 470).]

**(d) Maximum Amounts Of Penalties For Any Violation Described In Subsection (c).** The maximum daily amount of any civil penalty which may be assessed pursuant to subsection (c) for any violation, practice, or breach described in such subsection is—

1.  in the case of any person other than a member bank, an amount to not exceed $1,000,000; and
2.  in the case of a member bank, an amount not to exceed the lesser of —

    A.  $1,000,000; or
    B.  1 percent of the total assets of such member bank.

[12 USC 504(d). As added by act of Nov. 10, 1978 (92 Stat. 3641) and amended by acts of Oct. 15, 1982 (96 Stat. 1523) and Aug. 9, 1989 (103 Stat. 470).]

**(e) Assessment, Etc.** Any penalty imposed under subsection (a), (b), or (c) shall be assessed and collected by

1.  in the case of a national bank, by the Comptroller of the Currency; and
2.  in the case of a State member bank, by the Board,

in the manner provided in subparagraphs (E), (F), (G), and (I) of section 8(i)(2) of the Federal Deposit Insurance Act for penalties imposed (under such section) and any such assessment shall be subject to the provisions of such section.

[12 USC 504(e). As added by act of Nov. 10, 1978 (92 Stat. 3641) and amended by act of Aug. 9, 1989 (103 Stat. 470).]

**(f) Hearing.** The member bank or other person against whom any penalty is assessed under this section shall be afforded an agency hearing if such member bank or person submits a request for such hearing within 20 days after the issuance of the notice of assessment. Section 8(h) of the Federal Deposit Insurance Act shall apply to any proceeding under this section.

[12 USC 504(f). As added by act of Nov. 10, 1978 (92 Stat. 3641) and amended by act of Aug. 9, 1989 (103 Stat. 470).]

**(g) Disbursement.** All penalties collected under authority of this paragraph shall be deposited into the Treasury.

[12 USC 504(g). As added by act of Nov. 10, 1978 (92 Stat. 3641) and amended by act of Aug. 9, 1989 (103 Stat. 470).]

**(h) Violate Defined.** For purposes of this section, the term "violate" includes any action (alone or with another or others) for or toward causing, bringing about, participating in, counseling, or aiding or abetting a violation.

[12 USC 504(h). As added by act of Aug. 9, 1989 (103 Stat. 470).]

**(i) Regulations.** The Comptroller of the Currency and the Board shall prescribe regulations establishing such procedures as may be necessary to carry out this section.

[12 USC 504(i). As added by act of Aug. 9, 1989 (103 Stat. 470).]

**(m)* Notice Under This Section After Separation From Service.** The resignation, termination of employment or participation, or separation of an institution-affiliated party (within the meaning of section 3(u) of the Federal Deposit Insurance Act) with respect to a member bank (including a separation caused by the closing of such a bank) shall not affect the jurisdiction and authority of the appropriate Federal banking agency to issue any

PAGE E-17

notice and proceed under this section against any such party, if such notice is served before the end of the 6-year period beginning on the date such party ceased to be such a party with respect to such bank (whether such date occurs before, on, or after the date of the enactment of this subsection).

[12 USC 504(m). As added by act of Aug. 9, 1989 (103 Stat. 461).]

. * So in original. Subsection (m) was added without subsections (j) through (l).

Last Update: February 14, 2017

PAGE E-18

# Federal Reserve Act

## Section 29. Civil Money Penalty

**(a) First Tier.** Any member bank which, and any institution-affiliated party (within the meaning of section 3(u) of the Federal Deposit Insurance Act) with respect to such member bank who, violates any provision of section 22, 23A, or 23B, or any regulation issued pursuant thereto, shall forfeit and pay a civil penalty of not more than $5,000 for each day during which such violation continues.

[12 USC 504(a). As added by act of Nov. 10, 1978 (92 Stat. 3641) and amended by acts of Oct. 15, 1982 (96 Stat. 1523) and Aug. 9, 1989 (103 Stat. 470).]

**(b) Second Tier.** Notwithstanding subsection (a), any member bank which, and any institution-affiliated party (within the meaning of section 3(u) of the Federal Deposit Insurance Act) with respect to such member bank who

1.  A. commits any violation described in subsection (a);
    B. recklessly engages in an unsafe or unsound practice in conducting the affairs of such member bank; or
    C. breaches any fiduciary duty;

2.  which violation, practice, or breach--
    A. is part of a pattern of misconduct;
    B. causes or is likely to cause more than a minimal loss to such member bank; or
    C. results in pecuniary gain or other benefit to such party,

shall forfeit and pay a civil penalty of not more than $25,000 for each day during which such violation, practice, or breach continues.

[12 USC 504(b). As added by act of Nov. 10, 1978 (92 Stat. 3641) and amended by act of Aug. 9, 1989 (103 Stat. 470).]

**(c) Third Tier.** Notwithstanding subsections (a) and (b), any member bank which, and any institution-affiliated party (within the meaning of section 3(u) of the Federal Deposit Insurance Act) with respect to such member bank who--

1.  knowingly--
    A. commits any violation described in subsection (a);
    B. engages in any unsafe or unsound practice in conducting the affairs of such credit union; or
    C. breaches any fiduciary duty; and

2.  knowingly or recklessly causes a substantial loss to such credit union or a substantial pecuniary gain or other benefit to such party by reason of such violation, practice, or breach,

shall forfeit and pay a civil penalty in an amount not to exceed the applicable maximum amount determined under subsection (d) for each day during which such violation, practice, or breach continues.

Case 1:23-cv-02852-VMC   Document 3   Filed 06/27/23   Page 25 of 41

[12 USC 504(c). As added by act of Nov. 10, 1978 (72 Stat. 3641) and amended by act of Aug. 9, 1989 (103 Stat. 470).]

**(d) Maximum Amounts Of Penalties For Any Violation Described In Subsection (c).** The maximum daily amount of any civil penalty which may be assessed pursuant to subsection (c) for any violation, practice, or breach described in such subsection is—

1. in the case of any person other than a member bank, an amount to not exceed $1,000,000; and
2. in the case of a member bank, an amount not to exceed the lesser of --

    A. $1,000,000; or
    B. 1 percent of the total assets of such member bank.

[12 USC 504(d). As added by act of Nov. 10, 1978 (92 Stat. 3641) and amended by acts of Oct. 15, 1982 (96 Stat. 1523) and Aug. 9, 1989 (103 Stat. 470).]

**(e) Assessment, Etc.** Any penalty imposed under subsection (a), (b), or (c) shall be assessed and collected by

1. in the case of a national bank, by the Comptroller of the Currency; and
2. in the case of a State member bank, by the Board,

in the manner provided in subparagraphs (E), (F), (G), and (I) of section 8(i)(2) of the Federal Deposit Insurance Act for penalties imposed (under such section) and any such assessment shall be subject to the provisions of such section.

[12 USC 504(e). As added by act of Nov. 10, 1978 (92 Stat. 3641) and amended by act of Aug. 9, 1989 (103 Stat. 470).]

**(f) Hearing.** The member bank or other person against whom any penalty is assessed under this section shall be afforded an agency hearing if such member bank or person submits a request for such hearing within 20 days after the issuance of the notice of assessment. Section 8(h) of the Federal Deposit Insurance Act shall apply to any proceeding under this section.

[12 USC 504(f). As added by act of Nov. 10, 1978 (92 Stat. 3641) and amended by act of Aug. 9, 1989 (103 Stat. 470).]

**(g) Disbursement.** All penalties collected under authority of this paragraph shall be deposited into the Treasury.

[12 USC 504(g). As added by act of Nov. 10, 1978 (92 Stat. 3641) and amended by act of Aug. 9, 1989 (103 Stat. 470).]

**(h) Violate Defined.** For purposes of this section, the term "violate" includes any action (alone or with another or others) for or toward causing, bringing about, participating in, counseling, or aiding or abetting a violation.

[12 USC 504(h). As added by act of Aug. 9, 1989 (103 Stat. 470).]

**(i) Regulations.** The Comptroller of the Currency and the Board shall prescribe regulations establishing such procedures as may be necessary to carry out this section.

[12 USC 504(i). As added by act of Aug. 9, 1989 (103 Stat. 470).]

**(m)\* Notice Under This Section After Separation From Service.** The resignation, termination of employment or participation, or separation of an institution-affiliated party (within the meaning of section 3(u) of the Federal Deposit Insurance Act) with respect to a member bank (including a separation caused by the closing of such a bank) shall not affect the jurisdiction and authority of the appropriate Federal banking agency to issue any

Section 29: Civil Money Penalty

notice and proceed under this section against any such party, if such notice is served before the end of the 6-year period beginning on the date such party ceased to be such a party with respect to such bank (whether such date occurs before, on, or after the date of the enactment of this subsection).

[12 USC 504(m). As added by act of Aug. 9, 1989 (103 Stat. 461).]

. * So in original. Subsection (m) was added without subsections (j) through (*l*).

Last Update: February 14, 2017

# Federal Reserve Act

## Section 16. Note Issues

### 1. Issuance of Federal Reserve notes; nature of obligation; where redeemable

Federal reserve notes, to be issued at the discretion of the Board of Governors of the Federal Reserve System for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are hereby authorized. The said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues. They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal Reserve bank.

[12 USC 411. As amended by act of Jan. 30, 1934 (48 Stat. 337). For redemption of Federal reserve notes whose bank of issue cannot be identified, see act of June 13, 1933.]

### 2. Application for notes by Federal Reserve banks

Any Federal Reserve bank may make application to the local Federal Reserve agent for such amount of the Federal Reserve notes hereinbefore provided for as it may require. Such application shall be accompanied with a tender to the local Federal Reserve agent of collateral in amount equal to the sum of the Federal Reserve notes thus applied for and issued pursuant to such application. The collateral security thus offered shall be notes, drafts, bills of exchange, or acceptances acquired under section 10A, 10B, 13, or 13A of this Act, or bills of exchange endorsed by a member bank of any Federal Reserve district and purchased under the provisions of section 14 of this Act, or bankers' acceptances purchased under the provisions of said section 14, or gold certificates, or Special Drawing Right certificates, or any obligations which are direct obligations of, or are fully guaranteed as to principal and interest by, the United States or any agency thereof, or assets that Federal Reserve banks may purchase or hold under section 14 of this Act or any other asset of a Federal reserve bank. In no event shall such collateral security be less than the amount of Federal Reserve notes applied for. The Federal Reserve agent shall each day notify the Board of Governors of the Federal Reserve System of all issues and withdrawals of Federal Reserve notes to and by the Federal Reserve bank to which he is accredited. The said Board of Governors of the Federal Reserve System may at any time call upon a Federal Reserve bank for additional security to protect the Federal Reserve notes issued to it. Collateral shall not be required for Federal Reserve notes which are held in the vaults of, or are otherwise held by or on behalf of, Federal Reserve banks.

[12 USC 412. As amended by the acts of Sept. 7, 1916 (39 Stat. 754); June 21, 1917 (40 Stat. 236); Feb. 27, 1932 (47 Stat. 57); Feb. 3, 1933 (47 Stat. 794); Jan. 30, 1934 (48 Stat. 338); March 6, 1934 (48 Stat. 991); June 30, 1941 (55 Stat. 395); May 25, 1943 (57 Stat. 85); June 12, 1945 (59 Stat. 237); June 19, 1968 (82 Stat. 189); Nov. 10, 1978 (92 Stat. 3672); March 31, 1980 (94 Stat. 140); Dec. 6, 1999 (113 Stat. 1638); and Oct. 28, 2003 (117 Stat. 1193).]

### 3. Distinctive letter on notes; destruction of unfit notes

Federal Reserve notes shall bear upon their faces a distinctive letter and serial number which shall be assigned by the Board of Governors of the Federal Reserve System to each Federal Reserve bank. Federal Reserve notes unfit for circulation shall be canceled, destroyed, and accounted for under procedures prescribed and at locations designated by the Secretary of the Treasury. Upon destruction of such notes, credit with respect thereto shall be apportioned among the twelve Federal Reserve banks as determined by the Board of Governors of the Federal Reserve System.

[12 USC 413. As amended by acts of June 21, 1917 (40 Stat. 236); Jan. 30, 1934 (48 Stat. 338); June 12, 1945 (59 Stat. 237); July 19, 1954 (68 Stat. 495); March 3, 1965 (79 Stat. 5); May 20, 1966 (80 Stat. 161); and March 18, 1968 (82 Stat. 50).]

## 4. Granting right to issue notes

The Board of Governors of the Federal Reserve System shall have the right, acting through the Federal Reserve agent, to grant in whole or in part, or to reject entirely the application of any Federal Reserve bank for Federal Reserve notes; but to the extent that such application may be granted the Board of Governors of the Federal Reserve System shall, through its local Federal Reserve agent, supply Federal Reserve notes to the banks so applying, and such bank shall be charged with the amount of the notes issued to it and shall pay such rate of interest as may be established by the Board of Governors of the Federal Reserve System on only that amount of such notes which equals the total amount of its outstanding Federal Reserve notes less the amount of gold certificates held by the Federal Reserve agent as collateral security. Federal Reserve notes issued to any such bank shall, upon delivery, together with such notes of such Federal Reserve bank as may be issued under section 18 of this Act upon security of United States 2 per centum Government bonds, become a first and paramount lien on all the assets of such bank.

[12 USC 414. As amended by acts of June 21, 1917 (40 Stat. 237); Jan. 30, 1934 (48 Stat. 338); June 12, 1945 (59 Stat. 237); and March 18, 1968 (82 Stat. 50).]

## 5. Deposit to reduce liability for outstanding notes

Any Federal Reserve bank may at any time reduce its liability for outstanding Federal Reserve notes by depositing with the Federal Reserve agent its Federal Reserve notes, gold certificates, Special Drawing Right certificates, or lawful money of the United States. Federal Reserve notes so deposited shall not be reissued, except upon compliance with the conditions of an original issue. The liability of a Federal Reserve bank with respect to its outstanding Federal Reserve notes shall be reduced by any amount paid by such bank to the Secretary of the Treasury under section 4 of the Old Series Currency Adjustment Act.

[12 USC 415. As reenacted by act of June 21, 1917 (40 Stat. 237); and as amended by acts of Jan. 30, 1934 (48 Stat. 339); June 30, 1961 (75 Stat. 147); March 18, 1968 (82 Stat. 50); and June 19, 1968 (82 Stat. 189). The act of June 30, 1961, is the Old Series Currency Adjustment Act.]

## 6. Substitution of collateral; retirement of Federal Reserve notes

Any Federal reserve bank may at its discretion withdraw collateral deposited with the local Federal reserve agent for the protection of its Federal reserve notes issued to it and shall at the same time substitute therefor other collateral of equal amount with the approval of the Federal reserve agent under regulations to be prescribed by the Board of Governors of the

Federal Reserve System. Any Federal reserve bank may retire any of its Federal reserve notes by depositing them with the Federal reserve agent or with the Treasurer of the United States, and such Federal reserve bank shall thereupon be entitled to receive back the collateral deposited with the Federal reserve agent for the security of such notes. Any Federal Reserve bank shall further be entitled to receive back the collateral deposited with the Federal Reserve agent for the security of any notes with respect to which such bank has made payment to the Secretary of the Treasury under section 4 of the Old Series Currency Adjustment Act. Federal reserve notes so deposited shall not be reissued except upon compliance with the conditions of an original issue.

[12 USC 416. As amended by acts of June 21, 1917 (40 Stat. 237); June 30, 1961 (75 Stat. 147); and March 18, 1968 (82 Stat. 50). The act of June 30, 1961 is the Old Series Currency Adjustment Act.]

## 7. Custody of reserve notes, gold certificates, and lawful money

All Federal Reserve notes and all gold certificates, Special Drawing Right certificates, and lawful money issued to or deposited with any Federal Reserve agent under the provisions of the Federal Reserve Act shall hereafter be held for such agent, under such rules and regulations as the Board of Governors of the Federal Reserve System may prescribe, in the joint custody of himself and the Federal Reserve bank to which he is accredited. Such agent and such Federal Reserve bank shall be jointly liable for the safekeeping of such Federal Reserve notes, gold certificates, Special Drawing Right certificates, and lawful money. Nothing herein contained, however, shall be construed to prohibit a Federal Reserve agent from depositing gold certificates and Special Drawing Right certificates with the Board of Governors of the Federal Reserve System, to be held by such Board subject to his order, or with the Treasurer of the United States for the purposes authorized by law.

[12 USC 417. As added by act of June 21, 1917 (40 Stat. 238); and amended by acts of Jan. 30, 1934 (48 Stat. 339) and June 19, 1968 (82 Stat. 189).]

## 8. Engraving of plates; denominations and form of notes

In order to furnish suitable notes for circulation as Federal reserve notes, the Secretary of the Treasury shall cause plates and dies to be engraved in the best manner to guard against counterfeits and fraudulent alterations, and shall have printed therefrom and numbered such quantities of such notes of the denominations of $1, $2, $5, $10, $20, $50, $100, $500, $1,000 $5,000, $10,000 as may be required to supply the Federal reserve banks. Such notes shall be in form and tenor as directed by the Secretary of the Treasury under the provisions of this Act and shall bear the distinctive numbers of the several Federal reserve banks through which they are issued.

[12 USC 418. As amended by acts of Sept. 26, 1918 (40 Stat. 970); June 4, 1963 (77 Stat. 54); and Sept. 23, 1994 (108 Stat. 2293).]

## 9. Custody of unissued notes

When such notes have been prepared, the notes shall be delivered to the Board of Governors of the Federal Reserve System subject to the order of the Secretary of the Treasury for the delivery of such notes in accordance with this Act.

[12 USC 419. As amended by acts of May 29, 1920 (41 Stat. 654) and Sept. 23, 1994 (108 Stat. 2293).]

## 10. Custody of plates and dies; expenses of issue and retirement of notes

The plates and dies to be procured by the Secretary of the Treasury for the printing of such circulating notes shall remain under his control and direction, and the expenses necessarily incurred in executing the laws relating to the procuring of such notes, and all other expenses incidental to their issue and retirement, shall be paid by the Federal reserve banks, and the Board of Governors of the Federal Reserve System shall include in its estimate of expenses levied against the Federal reserve banks a sufficient amount to cover the expenses herein provided for.

[12 USC 420. Part of original Federal Reserve Act; not amended.]

## 11. Examinations of plates, dies, etc.

The Secretary of the Treasury may examine the plates, dies, bed pieces, and other material used in the printing of Federal Reserve notes and issue regulations relating to such examinations.

[12 USC 421. As amended by act of Sept. 23, 1994 (108 Stat. 2293).]

## 12. Appropriation for engraving, etc.

Any appropriation heretofore made out of the general funds of the Treasury for engraving plates and dies, the purchase of distinctive paper, or to cover any other expense in connection with the printing of national-bank notes or notes provided for by the Act of May thirtieth, nineteen hundred and eight, and any distinctive paper that may be on hand at the time of the passage of this Act may be used in the discretion of the Secretary for the purposes of this Act, and should the appropriations heretofore made be insufficient to meet the requirements of this Act in addition to circulating notes provided for by existing law, the Secretary is hereby authorized to use so much of any funds in the Treasury not otherwise appropriated for the purpose of furnishing the notes aforesaid: *Provided, however*, That nothing in this section contained shall be construed as exempting national banks or Federal reserve banks from their liability to reimburse the United States for any expenses incurred in printing and issuing circulating notes.

[Omitted from U.S. Code. Part of original Federal Reserve Act. This paragraph was in effect amended by subsection (a) of section 1 of the Permanent Appropriation Repeal Act of 1934, approved June 26, 1934 (48 Stat. 1224; 31 USC, 725), which provides: "That effective July 1, 1935, such portions of any acts as provide permanent or continuing appropriations from the general fund of the Treasury to be disbursed under the appropriation accounts appearing on the books of the Government, and listed in subsection (b) of this section, are hereby repealed, and any unobligated balances under such accounts as of June 30, 1935, shall be covered into the surplus fund of the Treasury." Among the appropriation accounts listed in subsection (b) is that for the preparation and issue of Federal Reserve notes.]

## 13. Checks and drafts to be received on deposit at par

Every Federal reserve bank shall receive on deposit at par from depository institutions or from Federal reserve banks checks and other items, including negotiable orders of withdrawal and share drafts and drafts drawn upon any of its depositors, and when remitted by a Federal reserve bank, checks and other items, including negotiable orders of withdrawal and share drafts and drafts drawn by any depositor in any other Federal reserve bank or depository institution upon funds to the credit of said depositor in said reserve bank or depository institution. Nothing herein contained shall be

construed as prohibiting a depository institution from charging its actual expense incurred in collecting and remitting funds, or for exchange sold to its patrons. The Board of Governors of the Federal Reserve System shall, by rule, fix the charges to be collected by the depository institutions from its patrons whose checks and other items, including negotiable orders of withdrawal and share drafts are cleared through the Federal reserve bank and the charge which may be imposed for the service of clearing or collection rendered by the Federal reserve bank.

[12 USC 360. As amended by act of March 31, 1980 (94 Stat. 140).]

## 14. Transfer of funds among Federal Reserve banks

The Board of Governors of the Federal Reserve System shall make and promulgate from time to time regulations governing the transfer of funds and charges therefor among Federal reserve banks and their branches, and may at its discretion exercise the functions of a clearing house for such Federal reserve banks, or may designate a Federal reserve bank to exercise such functions, and may also require each such bank to exercise the functions of a clearing house for depository institutions.

[12 USC 248-1. As amended by acts of Aug. 23, 1935 (49 Stat. 704) and March 31, 1980 (94 Stat. 140). Reclassified (previously 12 USC 248(o).]

## 15. Settlement fund

The Secretary of the Treasury is hereby authorized and directed to receive deposits of gold or of gold certificates or of Special Drawing Right certificates with the Treasurer or any Assistant Treasurer of the United States when tendered by any Federal Reserve bank or Federal Reserve agent for credit to its or his account with the Board of Governors of the Federal Reserve System. The Secretary shall prescribe by regulation the form of receipt to be issued by the Treasurer or Assistant Treasurer to the Federal Reserve bank or Federal Reserve agent making the deposit, and a duplicate of such receipt shall be delivered to the Board of Governors of the Federal Reserve System by the Treasurer at Washington upon proper advices from any Assistant Treasurer that such deposit has been made. Deposits so made shall be held subject to the orders of the Board of Governors of the Federal Reserve System and deposits of gold or gold certificates shall be payable in gold certificates, and deposits of Special Drawing Right certificates shall be payable in Special Drawing Right certificates, on the order of the Board of Governors of the Federal Reserve System to any Federal Reserve bank or Federal Reserve agent at the Treasury or at the subtreasury of the United States nearest the place of business of such Federal Reserve bank or such Federal Reserve agent. The order used by the Board of Governors of the Federal Reserve System in making such payments shall be signed by the chairman or vice chairman, or such other officers or members as the Board may by regulation prescribe. The form of such order shall be approved by the Secretary of the Treasury.

[12 USC 467. As added by act of June 21, 1917 (40 Stat. 238); and amended by acts of Jan. 30, 1934 (48 Stat. 339) and June 19, 1968 (82 Stat. 189). Prior to enactment of the Banking Act of 1935, approved Aug. 23, 1935, the chairman and vice chairman of the Board of Governors of the Federal Reserve System were known as the governor and vice governor of the Federal Reserve Board, respectively. See note to section 1.]

## 16. Expenses

The expenses necessarily incurred in carrying out these provisions, including the cost of the certificates or receipts issued

for deposits received, and all expenses incident to the handling of such deposits shall be paid by the Board of Governors of the Federal Reserve System and included in its assessments against the several Federal reserve banks.

[12 USC 467. As added by act of June 21, 1917 (40 Stat. 238).]

## 17. Preservation of provisions of Act of March 14, 1900

Nothing in this section shall be construed as amending section six of the Act of March fourteenth, nineteen hundred, as amended by the Acts of March fourth, nineteen hundred and seven, March second, nineteen hundred and eleven, and June twelfth, nineteen hundred and sixteen, nor shall the provisions of this section be construed to apply to the deposits made or to the receipts or certificates issued under those Acts.

[12 USC 467. As added by act of June 21, 1917 (40 Stat. 239).]

Last Update: March 13, 2017

# APARTMENT LEASE CONTRACT



Date of Lease Contract: _____ **December 8, 2021** _____
*(when the Lease Contract is filled out)*

*This is a binding document. Read carefully before signing.*

## Moving In — General Information

**1. PARTIES.** This Lease Contract (sometimes referred to as the "lease") is between *you*, the resident(s) *(list all people signing the Lease Contract)*:

**Richard White**
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

and *us*, the owner: **Lake Union GA Partners LLC (DE)**
_____
_____
_____

*(name of apartment community or title holder).* You've agreed to rent apartment No. _____**05009**_____ at **905 Lake Union Hill Way #5009**
_____ *(street address)* in **Alpharetta**
*(city),* Georgia, _____**30004**_____ *(zip code)* (the "apartment" or the "premises") for use as a private residence only. The terms "you" and "your" refer to all residents listed above. The terms "we," "us," and "our" refer to the owner listed above (or any of owner's successors' in interest or assigns). Written or electronic notice to or from our managers constitutes notice to or from us. If anyone else has guaranteed performance of this Lease Contract, a separate Lease Contract Guaranty for each guarantor is attached.

**2. OCCUPANTS.** The apartment will be occupied only by you and *(list all other occupants not signing the Lease Contract):*

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

No one else may occupy the apartment. Persons not listed above must not stay in the apartment for more than ___**3**___ consecutive days without our prior written consent, and no more than twice that many days in any one month. If the previous space isn't filled in, two days per month is the limit.

**3. LEASE TERM.** The initial term of the *Lease Contract* begins on the ___**8th**___ day of _____**December**_____ , **2021** , and ends at 11:59 p.m. the ___**13th**___ day of _____**March**_____ , **2023** .

**Renewal.** This Lease Contract will automatically renew month-to-month unless either party gives at least ___**60**___ days written notice of termination or intent to move-out as required by paragraph 46 (Move-Out Notice). If the number of days isn't filled in, at least 30 days notice is required.

**4. SECURITY DEPOSIT.** Unless modified by addenda, the total security deposit at the time of execution of this Lease Contract for all residents in the apartment is $ _____**565.00**_____ , due on or before the date this Lease Contract is signed.

**Your security deposit will be** *(check one)*
☒ **placed in an account at (state the bank's name) JP Morgan Chase**
located at (state the bank's address) **1 E Ohio St, 8th Fl Indianapolis, IN 46204**
_____
_____
**OR**
☐ **secured by a bond which is on file with the _____ (County) Clerk of Superior Court.**
In the event interest is earned on the security deposit, Owner may keep the interest.

**5. KEYS.** You will be provided _____ apartment key(s), _____ mailbox key(s), _____ FOB(s), and/or _____ other access device(s) for access to the building and amenities at no additional cost at move-in. If the key, FOB, or other access device is lost or becomes damaged during your tenancy or is not returned or is returned damaged when you move out, you will be responsible for the costs for the replacement and/or repair of the same.

**6. RENT AND CHARGES.** Unless modified by addenda, you will pay $ _____**1563.00**_____ per month for rent, payable in advance and without demand:

☐ at the on-site manager's office, or
☒ at our online payment site, or
☒ at **CheckFreePay Location**
_____
_____
_____

Prorated rent of $ _____**1210.06**_____ is due for the remainder of *[check one]*: ☒ 1st month or ☐ 2nd month, on _____**December 8**_____ , **2021** .

Otherwise, you must pay your rent on or before the 1st day of each month (due date) with no grace period. Cash is unacceptable without our prior written permission. You must not withhold or offset rent unless authorized by statute. We may, at our option, require at any time that you pay all rent and other sums in cash, certified or cashier's check, money order, or one monthly check rather than multiple checks. At our discretion, we may convert any and all checks via the Automated Clearing House (ACH) system for the purposes of collecting payment. Rent is not considered accepted, if the payment/ ACH is rejected, does not clear, or is stopped for any reason. If you don't pay all rent on or before the ___**3rd**___ day of the month, you'll pay a late charge. Your late charge will be *(check one):* ☐ a flat rate of $ _____ or ☒ ___**10**___ % of your total monthly rent payment. Regardless of the calculation method chosen above, the total amount of your late charges shall not exceed ten percent (10%) of your monthly rent payment. You'll also pay a charge of $ _____**50.00**_____ for each returned check or rejected electronic payment, plus a late charge. If you don't pay rent on time, you'll be delinquent and all remedies under state law and this Lease Contract will be authorized. We'll also have all other remedies for such violation.

The failure to pay rent timely or the violation of the animal restrictions will result in added administrative and other expenses to us. Since such additional expenses are difficult to determine, late fees and animal violation charges are considered liquidated damages. The amount of such fees and charges are reasonable estimates of the administrative and other expenses we would incur. Animal violation charges do not cover damages to the premises and don't limit your liability for same. All payment obligations under this Lease Contract shall constitute rent under this Lease Contract.

**7. UTILITIES.** We'll pay for the following items, if checked:
☐ water      ☐ gas    ☐ electricity ☐ master antenna.
☐ wastewater ☐ trash  ☐ cable TV
☐ other _____

© 2020, National Apartment Association, Inc. - 11/2020, Georgia

Submitted by: _Richard Altma White_, private civillian

Richard( of the family White)

## SWORN TESTIMONY OF TESTATOR/TESTATRIX INTENT

I, Richard White of FULTON County, in MAKE OATH AND SAY THAT:

1. I am an private civilian, over the age of 18; and

2. I am a blood heir and equitable owner of the Richard White Estate.

3. I am coming with clean hands; and provide this prima facie evidence; and

4. I hereby make oath and sworn testimony and will testify in a court that I am the blood heir of my mother Allison Vivienne White (Testatrix) and my father, Terrence Ricardo White (Testator).

5. I hereby make oath and sworn testimony as the blood heir of my mother Allison Vivienne white (Testatrix) and my father, Terrence Ricardo White (Testator). that it was in fact the intent of my mother and my father, that I inherited the funds, accounts, and chargeable assets irrevocably created and irrevocably established at birth by the **Certificate of Birth 131-75-082501**, the **Social Security Account 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** , inevitably the Death Certificate, and all funds and other accounts that spring forth from them. These were intended for my benefit

6. The doctors, nurses and staff involved with the birth and delivery acted as fiduciary agents and Trustees handling the creation, recordation, facilitation, and administration of all paperwork and instruments that were signed by the Testatrix or Testator for my benefit, opening up and creating accounts and funds in the name of Richard White The paperwork and instruments that were handed to the fiduciary agents and Trustees handling the creation, recordation, facilitation, and administration was done by the Testatrix and Testator in personam for the creation of Social Security accounts, Certificate of Birth, and all funds and other accounts that spring forth from them. These funds were created through the intent of my mother and father and the creation of the funds were evidenced through them being witnessed, sealed, and so forth. This relationship through equity eyes creates an implied trust for my benefit.

7. I will also testify under oath in court of record that it was the intent of my mother, Allison Vivienne White(Testatrix) and my father, Terrence Ricardo White (Testator) that as the offspring and blood heir, I am the beneficiary, and grantee absolute of the Richard Altman White Estate and all the rents, interest, securities, equitable assets, and funds of the estate; and

Lien 5659 Pg 224
Filed and Recorded May-30-2023 10:32am
2023-0153411
CATHELENE ROBINSON
Clerk of Superior Court
Fulton County, Georgia

Lien  **5659** Ps  **225**

8. I hereby make oath and sworn testimony as the blood heir of my mother, Allison Vivienne White (Testatrix) and my father, Richard White (Testator) that i have first hand knowledge that it was in fact the intent of my mother and my father to settle the estate upon me at the age of majority

Haeres est alter ispe, et filius est parspatris. An heir is another self, and a son is a part of the father
Haeres est eadem persona cum antecessore. The heir is the same person with the ancestor.
Haeres haeredis mel estmeus haeres. The heir of my heir is my heir.

9. I also order that the entire estate account be brought forward, and equitable assets be converted into Credit on Account for the Richard White Estate Trust;

## Verification

I,  Richard White being of age of majority and competent to testify and manage my own affairs, and do state that i have read the above SWORN TESTIMONY OF TESTATOR/TESTATRIX INTENT and do know the contents to be true, correct, complete and not mis-leading, the truth, the whole truth and nothing but the truth, and do believe that the above described acts by the Testator(s)-Grantors/Settlors have been committed with intent and knowledge of Trust Law.

dated and signed this __03__ day of __APRIL__, 2023.

Sincerely,

Name__JAYDEN ROSE WHITE -Witness 1

Signature _Jayden White_

Mother Name__ALLISON VIVIENNE WHITE

Signature _Allison J. White_

Richard White, Private Civilian
All Rights Reserved Without Prejudice
Grantor/Heir/Beneficiary
_Richard White_, Private Civilian

**STATE OF GEORGIA**

**COUNTY OF FULTON**

**Verification of Signature**

*Richard Atmos White*, Private citizen

I, _NIMESH·J·PARIKH_____, being a public servant, agent of the state, authorized to administer oaths and verify the identity of the signature per Title 18 USC 4004 as amended do hereby state that a man appeared before me, personally known by me, to be _RICHARD WHITE_____, affirmed to me before me that the foregoing is true, correct, complete and not misleading, the truth, the whole truth and nothing but the truth so help him God, and affixed his signature hereto of his own free will and choice on this _03_ day of _APRIL_____, 2023.

[SEAL] AUTHORIZED BY THE ACT OF JULY 27, 1955, AS AMENDED, TO ADMINISTER OATHS PER TITLE 18 U.S.C. § 4004.

**Richard White**

**Private Citizens of the United States**

**Non-Domestic, without the " United States"**

**c/o PO BOX 204**

**ALPHARETTA ,GEORGIA [30009]**

**The United States of America**

Lien 5659 Pg 226
CATHELENE ROBINSON
Clerk of Superior Court
Fulton County, Georgia

Richard Altman white
Special and private citizen
c/o P.O BOX 204,
ALPHARETTA, GEORGIA
[30009]

Lien 5659 Pa 227
Filed and Recorded May-30-2023 10:32am
2023-0153412
CATHELENE ROBINSON
Clerk of Superior Court
Fulton County, Georgia

## AFFIDAVIT OF STATUS
Registered mail account number# RF139845213US-001.01
TRUST

I, a man,Richard-Altman:white,Special and private citizen of the USA, I am over the age of consent, am of sound mind, am a creation of God-Almighty and a follower of God's laws first and foremost, and the laws of man when they are not in conflict (Leviticus 18:3,4). Pursuant to Matthew 5:33-37 and James 5:12, let my yea be yea, and my nay be nay, - *"Whereas the Bible, the Word of God, has made a unique contribution in shaping the United States as a distinctive and blessed nation and people"* and *"Whereas Biblical teachings inspired concepts of civil government that are contained in our Declaration of Independence and the Constitution of the United States"* and *"Whereas..the Bible is "the rock on which our Republic rests""* . I have personal knowledge of the matters stated herein and hereby asseverate, understanding both the spiritual and legal liabilities of, "Thou shalt not bear false witness against thy neighbor".

1. I, a man, Richard Altman White,private citizen, claim my body,information,and genetic material,are in my property
2. I,am,Richard Altman White,private citizen ,Claim offspring Richard Altman White Jr.,claim offspring Jayden Rose White,claim offspring Jihya Yvonne White,claim offspring Jason Rashad White,claim offspring Jazmyn ysabella White
3. I, a man, Richard Altman White,private citizen, claim offspring Richard Altman White Jr., offspting jayden Rose white, offspiring Jihya Yvonne white, offspring Jason Rashad white,offspring Jazmyn Ysabella White,while under the age of consent, are my Property.
4. I, a man, Richard Altman White,private citizen, claim c/o P.O Box 204,alpharetta, Georgia,[30009] , is my Property.
5. I, a man, Richard Altman White,Private citizen , claim (RICHARD ALTMAN WHITE) is my Property.

1

Lien  5659 Pg  228

6. I, a man, Richard Altman White,private citizen, am not Property of PERSONS doing business as STATE of GEORGIA, COUNTY OF FULTON or other, TOWNSHIP OF ALPHARETTA or other.

7. I, a man,Richard Altman White,private citizen, have no obligation [contract] with PERSONS doing business as STATE OF GEORGIA, COUNTY OF FULTON or other, TOWNSHIP OF ALPHARETTA or other.

8. I, a man, Richard Altman White, Private citizen,have not relinquished rights to PERSONS doing business as STATE OF GEORGIA, COUNTY OF FULTON or other, TOWNSHIP OF ALPHARETTA or other.

9. I, a man, Richard Altman White,private citizen, have no obligation [contract] to acknowledge, believe, adhere; laws, statutes, ordinances, codes, et. al, authored by PERSONS doing business as STATE of GEORGIA, COUNTY OF FULTON or other, TOWNSHIP OF ALPHARETTA or other.

10. I, a man, Richard Altman White, Private citizen,claim that any man, woman, or PERSON doing business as STATE OF GEORGIA, COUNTY OF FULTON or other, TOWNSHIP OF ALPHARETTA or other, who Trespasses against my Property without right, will be held liable.

11. I, a man, Richard Altman White, am noticing and providing opportunity for any man, woman, or PERSON doing business as STATE OF GEORGIA, COUNTY OF FULTON or other, and TOWNSHIP OF ALPHARETTA or other, _____3__ days to rebut my Affidavit of Status point for point.

11. Failure to rebut the facts stated herein shall serve as tacit agreement and acquiescence from any, man, woman, or PERSON doing business as STATE OF GEORGIA, COUNTY OF FULTON or other, and TOWNSHIP OF ALPHARETTA or other, that all herein be true.

I declare and will testify viva voce, in open court, under penalty of perjury that all herein be true. Executed on this 15th day, of the 5th month, in the year of our Lord and Savior, two thousand twenty three.

2

_Richard Altman White_
Richard Altman White, Private citizen/agent


Notary used without prejudice to my rights:

BE IT REMEMBERED, That on this __30th__ day of __MAY__
in the year of our LORD, two thousand and twenty three, personally
appeared before me, the Subscriber, a Notary Public for the State of
GEORGIA, Richard Altman White, private citizen, party to this Document,
known to me personally to be such, and he acknowledged this Document
to be his act and deed. Given under my hand and seal of office, the day
and year aforesaid.


_Nimesh J. Parikh_
Notary Public Sitting in, and for, The State of Georgia

NIMESH J. PARIKH
COMMISSION EXPIRES
NOTARY
PUBLIC
FEBRUARY 17, 2026
FULTON COUNTY, GEORGIA

Lien 5659 Pg 229
CATHELENE ROBINSON
Clerk of Superior Court
Fulton County, Georgia

5:58

**Capital**One

Pre-qualify and see your real auto financing options with
no credit score impact.
**Try Auto Navigator now.**

**360 Checking** ...8100

−$31,157⁴⁶

Available Balance

**Total Control Checking** ...8429

−$31,157⁴⁶

Available Balance

**Confidence Savings** ...1594

−$31,157⁴⁵

Available Balance

PLATINUM SECURED ...9230

⚠ This account is currently Restricted.

 Home

 Pay/Move

 Help

 Profile



RICHARD A WHITE
11770 Haynes Bridge Rd
Ste 205-404
Alpharetta GA 30009-1966

Thanks for **saving** with Capital One 360®

Here's your **April 2023** bank statement.

STATEMENT PERIOD
Apr 1 - Apr 30, 2023

# $0.01    TOTAL ENDING BALANCE IN ALL ACCOUNTS

## Account Summary

| ACCOUNT NAME | Apr 1 | Apr 30 |
|---|---|---|
| 360 Checking...8100 | $83.60 | $0.00 |
| Total Control Checking...8429 | $380.06 | $0.00 |
| Confidence Savings...1594 | $1,130.20 | $0.01 |
| **All Accounts** | **$1,593.86** | **$0.01** |

## Cashflow Summary

| | | |
|---|---|---|
| ● $0.01 | INTEREST EARNED THIS PERIOD | |
| ● $0.00 | OVERDRAFT AND RETURN ITEM FEES THIS PERIOD | |
| ● $0.00 | BALANCE CHANGED THIS PERIOD | |

Page 1 of 4

capitalone.com     1-888-464-0727     P.O. Box 60, St. Cloud, MN 56302     FDIC

---

RICHARD A WHITE    |    STATEMENT PERIOD
Apr 1 - Apr 30, 2023

## 360 Checking - 36158318100

| 0.00% | $0.00 | 30 |
|---|---|---|
| ANNUAL PERCENTAGE YIELD (APY) EARNED | YTD INTEREST AND BONUSES | DAYS IN STATEMENT CYCLE |

| DATE | DESCRIPTION | CATEGORY | AMOUNT | BALANCE |
|---|---|---|---|---|
| Apr 1 | **Opening Balance** | | | $83.60 |
| Apr 3 | Issue Levy Check | Debit | - $83.60 | $0.00 |
| Apr 30 | **Closing Balance** | | | $0.00 |

## Fees Summary

| | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |